UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANGEL MADRIGAL REYNOSO,<br><br>    Defendant. | Case No.  CR02-5823RJB<br><br>ORDER STAYING RESENTENCING |

This matter comes before the court on remand from the Ninth Circuit for resentencing and on the stipulated oral motion of the parties to stay resentencing.  The court conducted a conference call on 28 December 2005 with Matthew Thomas for the plaintiff and Mark Muenster for the defendant.  Counsel explained that resentencing might delay the defendant's release date and deportation, and that both parties desired that the resentencing set for 20 January 2006 be indefinitely delayed.  The court is in agreement and now therefore it is

ORDERED that resentencing in this matter is hereby stayed indefinitely.  Resentencing may be renoted by either party at any time.  Pending renoting, the matter will be administratively closed, subject to being reopened if and when either party files an appropriate note for resentencing.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 28th day of December, 2005.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER STAYING RESENTENCING  - 1